come out of the youtube community, and thank you very much for being with us this church this is a reminder of each and every person's responsibility, and no one ought to be considered that way, and there's no excuse for that. This church is all over the country. This church is all over the country right now. It stands here. It is. Hi. Well we're able to hear you now. Thank you. Thank you. Thank you very much. Good afternoon, Your Honour's Committee. My name is Amy Ridley. I am the chair of the House of Representatives Committee on the House Bill of Rights. And the reason that this case is truly an issue of the heart of our government. We have heard the arguments that people have so far. We all heard it. We've also tried to put all parties together and said we're going to stand together. I would like to express what we have learned through the past three years. So, seeing that the position of the House Bill of Rights is that it should be a matter of case or issue, responsible for the amendment of the House Bill of Rights, and that's the situation we're in. Well, I think the issue is not the size of the House. I think the issue is the way that it is. And the way that it is is that it is a state-street. And the way that it is is that the House is responsible for the House. And, you know, we're not looking at being fire-afraid. We're not looking at being fire-afraid of specific cases or situations. We're looking at being law-abiding citizens. I think that's the issue. I don't know. It's hard. We've heard that there are some positions that you're supposed to ignore, and that's just not the case. I mean, I've seen it. I've seen it. I've seen it. I've seen it. I've seen it. I've seen it. I've seen it. I've seen it. I've seen it. And I think that that's something we can figure out by other services. So do you have a question? That is a distinction. And in that case, one of the distinctions is that state-street is an SQD provider because the convention is that you're a state-street recruiter. As for those who are state-street, you can take a look at the complaint itself. It says in this case, we're not talking about the Supper Station. We're talking about printing practices. We're saying it's not a SQD provider. It is a state-street. It says the Super Station company is based in Seattle. So it seems to cover a lot of areas. Now, I'm going to ask you a question. Sure. First, I'm sorry. As you say, I gather that you are not taking the decision to do that because you can't sign it. I'm still in the same position that I was, usually, when they analyzed our lawsuit. And you guys said that there's no excuse that you're trying to see directly on the computer why you're trying to do that decision. I don't know. I don't know. I don't know. I don't know. I don't know. That's the answer to your question. Mr. Watt was the head of the program at that point. So, in an on-call situation, such an entity provides an agency to the State Street Observation as a company. This was the SQD provider, essentially, for some health service activities on the street. And I would concur with what you're saying. There is no hope for that. In fact, that actually can be the SQD. Because, by the way, pretty naturally, we see the top staff say, I don't know if you can get this from the SQD, but I don't know if the SQD is going to explain it. But, in any event, there is a way that such a function can be provided by an agency. The SQD provider, essentially, is a case study for an entity that's not a person. They seem to create a written form, and they're not going to describe it. That's correct. The agency, the boss, the agent, and the organization themselves, in other words, are in transition. So, they're not in the agency. It's not a company. It's not an agency. It's not a company. It's not a provider. It's not a provider. And we're going to go on further. Tell me, are these areas exempt in the presentation, projection, and form that we hear about? Well, I would say that, as Steve is reading which part of the cluster we know, the PCAPs, which is what I mean, the Post-Correction, there's no indication that they're exempt. They're probably going to apply to, in fact, the state SQD provider. More of the point is, if you look at the SQD itself, the SQD itself exempts governmental and non-social claims. And so, if you choose to proceed out of the incorporation of those claims and procedures, the point is that the claims are usually deemed to be exempt. This is a question I'm going to ask Steve, and I'm going to read it out loud. I couldn't figure this out. Apparently, you're going to assert that you are in an incorporated case. And so, it's interesting to see what the statistics are. I don't know. It's interesting to see what's going on. You know, in our case, these are testimonies. These are testimonies. I mean, all of this is in the state SQD. It is. It is a, in our case, what we found was we found 24 allegations that, with this particular provider, we didn't have an issue with them making a problem. In a sense, that's what SQD actually has, and that's what it has to do with tests. If you charge $1,600 for that negative test, and then they can simply charge $2,200 for $6,000, and also represent the same amount in the case, both of which, we believe, are valid to assess these evidence for these charges. So, the question is, are these changes in the use of our law enforcement providers indicative of the crime laws that police have charged in our case versus SQD? And do you think these tests are, do you think these tests show those allegations that you're talking about? There are certainly those allegations in this particular case. They speak to the matter in which the matter is, and I'm talking about the previous case, and all of these other things, and I think there's some evidence in the case. There's a lot of evidence in the case. There is no, it's a very complicated right-to-learn, right-to-learn application. So, I mean, this is a right-to-learn question. Right-to-learn, if you're doing a contractual situation, you need to know what the law is, what the crime is, what the law is, if you're doing a contractual situation. So, if you go to the Inspectorate, what is the evidence that you're facing based on some of the other allegations? You'll have to hear me, Your Honors, because I'm going to be circling some of these cases. You know, in this case, it is notable that the plaintiff acknowledges that the informed question really did help. It did, at the most, acknowledge the direction of the evidence. And one of the points, and as I've just stated before, we don't use this term, because I don't think anyone does this. It was a right-to-learn position. It was not a right-to-do, it was actually a right-to-do. And so, therefore, we're going to be using this term, and I'm going to be circling some of the other statements as well as the rest of the case. All right, Your Honors, I'm going to spend some time to cover all these areas, but I'm going to take a moment to talk about some of the other questions. Thank you. Let's see here. I'm going to start off with this one. I'm going to say that the only way that this is going to be discussed is if you're going to do a contractual situation. So, we are in a state trial for the Bureau of Transparency and Information, and the next part of my speech is going to be discussing the state law for a contractual situation, and it's going to be a process of application. Welcome to the contractual situation. We are going to be discussing the state law for a contractual situation. So, I'm going to start off here. So, each law that we can't discuss is a contractual situation. So, there is a huge opportunity to see the larger picture. We are in a contractual situation, and we are doing this as a state procedure. We are also doing this as a state procedure, and we are doing this as a state procedure in terms of a contractual situation, because this is what's in place. But we are in terms of what's in place as well, and it's really an issue that's necessary to have a contractual situation in order to have a contractual situation. So, let me rephrase the situation. In a lot of states, the first thing you have to look at is the kinds of contracts that exist. And those are some state statutes, and there are some federal laws, and how they work. They look more and more diverse. What's it called? It's an issue that's in the market in terms of the solutions that are available to Congress. There are also a lot of issues that work in states, and I'll give you some examples. I'll just go through it, and I'll give you some examples. I'm sorry. I'll give you some examples, and I'll give you some examples, and I'll give you some examples.
judges: Berzon, N.R. Smith, Christensen